USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/7/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **EUN MI SONG,** | |
| **Plaintiff,** | |
| -against- | **21-cv-11007 (ALC)** |
| **DEPARTMENT STORES NATIONAL BANK** and **EQUIFAX INFORMATION SERVICES, LLC,** | **ORDER** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal dated March 15, 2022. The Notice dismisses Defendant Department Stores National Bank ("DSNB") and states that DSNB had not yet filed answer. However, DSNB filed an answer on February 7, 2022. Plaintiff is directed to file a revised notice of voluntary dismissal on or before May 5, 2022.

**SO ORDERED.**

Dated:   April 7, 2022
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**