UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/13/2022
```

| | |
|---|---|
| EUN MI SONG,<br><br>       Plaintiff,<br><br>   -against-<br><br>DEPARTMENT STORES NATIONAL BANK and **EQUIFAX INFORMATION SERVICES, LLC,**<br><br>       **Defendants.** | 21-cv-11007 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiff's response to the Court's April 11, 2022 Order. ECF No. 20. The parties are directed to file a joint status report on or before **July 22, 2022**, informing the Court on the progress of settlement negotiations.

**SO ORDERED.**

Dated: July 13, 2022
     New York, New York

                 _/s/ Andrew L. Carter, Jr._
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**